373 A.2d 1115

Commonwealth v. Andrews, Appellant.

Submitted September 22, 1976.   John A. Felix, and Fine, Eisenbeis, Felix & Burchanowski, for appellant;   Robert F. Banks, First Assistant District Attorney, and Allen E. Ertel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.